1002

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD
A. SHELDON, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 81-1-00234-4, Robert C. Bibb, J.,
entered December 21, 1981. *Affirmed in part* and *reversed
in part* by unpublished opinion per Swanson, J., concurred
in by Callow and Ringold, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. CLARENCE
COLEMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81-1-02565-6, David C. Hunter, J., entered
February 25, 1982. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Durham, A.C.J., and Corbett,
J.

THE STATE OF WASHINGTON, *Respondent,* v. IMA
M. BERTHIER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 81-1-02439-1, Robert E. Dixon, J., entered
January 18, 1982. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Durham, A.C.J., and Corbett,
J.